■ In the Matter of ROBERT EARL DIZAK, Also Known as ROBERT E. DIZAK, a Disbarred Attorney. [683 NYS2d 422] —Petitioner's motion to renew his application for reinstatement

denied. No opinion. Concur—Milonas, J. P., Nardelli, Rubin, Tom and Saxe, JJ.